# Court of Appeals
# of the State of Georgia

ATLANTA,  April 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1489. MELTON POLLOCK v. JOHN T. ALEXANDER.**

John Alexander filed an action for trover against Melton Pollock in magistrate court. The magistrate court ruled in favor of Alexander, and Pollock appealed the decision to state court. See OCGA § 15-10-41 (b) (1). Following a bench trial, the state court awarded Alexander the sum of $2,919.00 in principal, $95.00 in costs, and post judgment interest. Pollock then filed this direct appeal. However, we lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Pollock's failure to do so deprives this Court of jurisdiction over the appeal. Therefore, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/01/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*